# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00063-CR

**The State of Texas, Appellant**

**v.**

**Tristan Graham Stecker, Appellee**

### FROM COUNTY COURT AT LAW NO. 3 OF HAYS COUNTY
### NO. 19-6431CR-3, THE HONORABLE MILLIE THOMPSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State of Texas, which filed a notice of appeal from the trial court's order granting appellee Tristan Graham Stecker's motion to suppress evidence, has now filed a motion to dismiss its appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Triana, and Kelly

Dismissed on State's Motion

Filed: May 26, 2021

Do Not Publish